IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JIMMY MEMNON,

    Plaintiff,
v.                                            CASE NO. 1:18-cv-48-MW-GRJ

JOSEF SILNY AND ASSOCIATES, INC.,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* civil rights complaint and motion for leave to proceed as a pauper. (ECF Nos. 1, 2.) The Court granted Plaintiff's motion to proceed as a pauper but found Plaintiff's complaint too vague and conclusory to determine whether Plaintiff actually had a claim against Defendant. (ECF No. 4.) Accordingly, the Court ordered Plaintiff to file an amended complaint that addressed the deficiencies outlined in the Court's order. (*Id.*)

Plaintiff then filed an amended complaint. (ECF No. 5.) After conducting an initial screening of the amended complaint, the Court noted that there were significant problems with the filing. (ECF No. 6.) For starters, Plaintiff had not named any relevant federal constitutional or statutory rights that were violated. Additionally, the named Defendant does

not qualify as a state actor under § 1983. (*Id.*) Lastly, with regard to Plaintiff's breach-of-contract claim, the Court lacks jurisdiction over a state-law claim absent either a federal claim or diversity jurisdiction, both of which were lacking in the amended complaint. (*Id.*)

Based on these deficiencies and Plaintiff's *pro se* status, the Court provided Plaintiff a final opportunity to amend his complaint. (*Id.*) The Court also advised Plaintiff that he could voluntarily dismiss his complaint rather than filing an amended complaint. (*Id.*) The Court ordered Plaintiff to file either an amended complaint or a notice of voluntary dismissal on or before April 30, 2018. (*Id.*) The Court also warned Plaintiff that failure to meet this deadline would result in a recommendation that the case be dismissed without further notice. (*Id.*)

As of the date of this report and recommendation, Plaintiff has not complied with the Court order, failing to file an amended complaint or a notice of voluntary dismissal.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and failure to comply

with an Order of the Court.

    **IN CHAMBERS** this 1ˢᵗ day of May 2018.

                           *s/ Gary R. Jones*
                            GARY R. JONES
                            United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**