IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JIMMY MEMNON,

     Plaintiff,

v.                                       Case No. 1:18cv48-MW/GRJ

JOSEF SILNY AND
ASSOCIATES, INC.,

     Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court." The Clerk shall close the file.

**SO ORDERED on May 29, 2018.**

                                            s/ MARK E. WALKER
                                            **United States District Judge**